AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   cc
Apr 13, 2022, 2:51 pm
Pam Hartman Beyer, Clerk of Court

United States of America )
v. )
) Case No. Mag. No. 22-490 RT
LINDSEY KINNEY )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) LINDSEY KINNEY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of Threat to Injure the Person of Another, in violation of 18 U.S.C. § 875(c).

Date: 4/7/2022

City and state: Honolulu, HI

Wes Reber Porter
United States Magistrate Judge

### Return

This warrant was received on (date) 4/7/22, and the person was arrested on (date) 4/13/22
at (city and state) Honolulu, Hawaii.

Date: 4/13/22

Steel Stewart Special Agent
Printed name and title